**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Gerardo LUEVANO–DIAZ, also known
as Juan Manuel Trujillo,
Defendant–Appellant.**

No. 06–51486
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

May 2, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Judy Fulmer Madewell, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, WIENER, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Gerardo Luevano–Diaz raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Hugo ARAUGO–GUTIERREZ, also
known as Hugo Alexander Araujo,
also known as Hugo Gomez, Defendant–Appellant.**

No. 06–40987.

United States Court of Appeals,
Fifth Circuit.

May 2, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District Of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office Southern District Of Texas, Houston, TX, for Defendant–Appellant.

published and is not precedent except under

Before HIGGINBOTHAM, WIENER, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Hugo Araugo–Gutierrez raises arguments that are foreclosed by *United States v. Young*, 981 F.2d 180, 187 (5th Cir.1992), which held that hearsay is admissible for sentencing purposes, including corroborated out-of-court statements by unidentified confidential informants, and thus that its admission does not violate due process or the right to confrontation. Araugo–Gutierrez also raises arguments that are foreclosed by *United States v. Mares*, 402 F.3d 511, 519 (5th Cir.), *cert. denied*, 546 U.S. 828, 126 S.Ct. 43, 163 L.Ed.2d 76 (2005), which held that, after *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), the sentencing court may still find all facts relevant to sentencing by a preponderance of the evidence. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Marcos Tulio ZAYAS, also known as Salvador Pinado–Martinez, Defendant–Appellant.**

**No. 06–41148**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

May 2, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, WIENER, and PRADO, Circuit Judges.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.